UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

---

In re:

**Theressa M. Vinson,**  Bankruptcy Case No.: 10-80682

Soc. Sec. No. xxx-xx-3003
Mailing Address: 5106 Long Leaf Drive, , Durham, NC 27712-
                                        Debtor.

---

**Theressa M. Vinson,**

                                        Plaintiff,  A.P. No.: 11-9012

**Saxon Mortgage Services, Inc.,**
                                        Defendant.

---

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on 11/17/2011, by:

Mail service: **Regular, first class United States mail**, postage fully pre-paid, addressed to:

| | |
|---|---|
| Richard M. Hutson, II | Michael D. West |
| Chapter 13 Trustee | Bankruptcy Administrator |
| Post Office Box 3613 | Post Office Box 1828 |
| Durham, N C 27702 | Greensboro, NC 27402 |

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120-

Matthew McKee
**Attorney**
2550 W. Tyvola Road
Suite 250
Charlotte, NC 28217-

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
Post Office Box 163405
Fort Worth, TX 76137- -

and <u>also</u> by **certified mail, return receipt requested**, addressed to:

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120-

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
Post Office Box 163405
Fort Worth, TX 76137-   -

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:11/17/2011

/s Renee Nolte

Renee Nolte

6616-203 Six Forks Road
Raleigh, N.C. 27615