UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Theressa M. Vinson**,            Bankruptcy Case No.: 10-80682

Soc. Sec. No. xxx-xx-3003
Mailing Address: 5106 Long Leaf Drive, , Durham, NC 27712-

                                                Debtor.

**Theressa M. Vinson**,
                              Plaintiff,     A.P. No.: 11-9012

**Saxon Mortgage Services, Inc.**,
                             Defendant.

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on 1/17/2011, by:

   Mail service: **Regular, first class United States mail**, postage fully pre-paid, addressed to:

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N C 27702

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120-

Matthew McKee
**Attorney**
2550 W. Tyvola Road
Suite 250
Charlotte, NC 28217-

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
Post Office Box 163405
Fort Worth, TX 76137- -

                        and <u>also</u> by **certified mail, return receipt requested**, addressed to:

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
1270 Northland Drive
Suite 200
Mendota Heights, MN 55120-

Saxon Mortgage Services, Inc.
**Attn: Managing Agent**
Post Office Box 163405
Fort Worth, TX 76137-    -

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:1/17/2011

                                                  /s Renee Nolte

                                                  Renee Nolte